

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

February 16, 2021

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Andrew Perkins*, 21 Mag. 01648

Dear Judge McCarthy,

    In light of the arrest of the defendant Andrew Perkins in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By: _____
        Jennifer N. Ong
        Assistant United States Attorney
        (914) 993-1926

SO ORDERED:

_____ 2-16-21
JUDITH C. McCARTHY
United States Magistrate Judge