UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   UNITED STATES OF AMERICA,                       **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

               -against-                                   21 Mag. 1648 ( UA )

  ANDREW PERKINS
                               Defendant(s).
-----------------------------------------------------------------X

Defendant <u>ANDREW PERKINS</u> hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

_X__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer


<u>Andrew Perkins by</u> *Susanne Brody*            *Susanne Brody*
Defendant's Signature                             Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Andrew Perkins                                   Susanne Brody
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.


<u>February 16, 2021</u>                    *Judith C. McCarthy*
Date                                 _ The Honorable Judith C. McCarthy
                                     U.S. Magistrate Judge
                                     Southern District of New York